■ In the Matter of JOHN PRODROMIDIS, Petitioner, v JOSEPH McCOY, as Superintendent of Cayuga Correctional Facility, Respondent. [738 NYS2d 630] —CPLR article 78 proceeding transferred to this Court by order of Supreme Court, Cayuga County (Corning, J.), entered August 31, 2001, to annul a determination revoking petitioner's parole.

It is hereby ordered that the determination be and the same hereby is unanimously confirmed without costs and the petition is dismissed.

Memorandum: Petitioner commenced this proceeding to annul a determination revoking his parole based upon his failure to complete an aftercare drug program that was mandated as a condition of parole. The determination is supported by substantial evidence (*see, Matter of Westcott v New York State Bd. of Parole,* 256 AD2d 1179, 1180), including relevant and probative hearsay properly received in evidence and relied upon by the Administrative Law Judge (*see,* 9 NYCRR 8005.2

[a]; *People ex rel. McGee v Walters,* 62 NY2d 317, 319; *People ex rel. Wilt v Meloni,* 170 AD2d 989, *lv dismissed* 77 NY2d 973; *People ex rel. Saafir v Mantello,* 163 AD2d 824, 825). We reject the contention that petitioner was denied his right to confront a witness against him (*see, People ex rel. Martin v Warden, Ossining Correctional Facility,* 133 AD2d 134, 135; *cf., Matter of Layne v New York State Bd. of Parole,* 256 AD2d 990, 991, *lv dismissed* 93 NY2d 886, *rearg denied* 93 NY2d 1000; *Matter of Velez v New York State Div. of Parole,* 246 AD2d 833, 834, *lv denied* 91 NY2d 813). The final hearing was conducted in a timely manner, taking into account adjournments granted at the request of petitioner's counsel (*see,* Executive Law § 259-i [3] [f] [i]; 9 NYCRR 8005.17 [c] [3]; *People ex rel. Cortez v Travis,* 275 AD2d 1021, 1021-1022; *People ex rel. Speed v Netzel,* 225 AD2d 1087, 1088; *People ex rel. Walker v Richardson,* 174 AD2d 1061).

Petitioner's remaining contention is unpreserved for our review (*see, Matter of Williams v New York State Bd. of Parole,* 277 AD2d 617) and in any event lacks merit (*see, People ex rel. Lee v New York State Bd. of Parole,* 165 AD2d 959, 960-961). Present—Green, J.P., Pine, Kehoe and Gorski, JJ.